WILBORN & ASSOCIATES, P.C.
**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
Attorney for Plaintiff

FILED'06 FEB 16 15:25 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KEVIN JOHNSON,**                                                 CV 04-206-ST

    Plaintiff,

vs.                                                               ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $7,689.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,350.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $2,339.50, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 16th day of February, 2006.

                                                   /s/ Michael W. Mosman
                                                   United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

**ORDER - Page 1**